UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SELECT
INSURANCE CO., *et al.*,

    Plaintiffs,

v.

GREAT LAKES WATER
AUTHORITY, *et al.*,

    Defendants.

Case No. 23-cv-11942
Hon. Matthew F. Leitman

_____/

## ORDER (1) REINSTATING DEFENDANTS' DISPOSITIVE MOTIONS (ECF Nos. 46, 47) AND (2) DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS

This action arises out of a period of rainfall in June of 2021 that caused an overflow and/or backup of sewer systems in the counties of Wayne, Oakland, and Macomb, Michigan. (*See* Third Am. Compl., ECF No. 37.) Plaintiffs American Select Insurance Company, Westfield Insurance Company, and Westfield National Insurance Company claim that the backup damaged their insureds' properties and homes. (*See id*.) Plaintiffs assert a claim against Defendants Detroit Water and Sewerage Department and City of Detroit (the "Detroit Defendants") and the Great Lakes Water Authority (the "GLWA") for allegedly designing, operating and maintaining a sewage disposal system that Defendants' knew to be defective. (*See id.*)

1

On September 3, 2024, the Detroit Defendants filed a motion to dismiss Plaintiffs' Complaint. (*See* Mot., ECF No. 46.) The GLWA filed a motion for judgment on the pleadings on September 18, 2024. (*See* Mot., ECF No. 47.) The GLWA also filed a motion to stay this action pending the outcome of parallel litigation in the Michigan Court of Appeals. (*See* Mot., ECF No. 40.) The Court granted the GLWA's motion for a stay (*see* Order, ECF No. 56), and, on August 18, 2025, the Court administratively closed the Defendants' dispositive motions pending a ruling by the Michigan Court of Appeals. (*See* Order, ECF No. 59.)

The Michigan Court of Appeals has now issued its ruling in the parallel state-court case. (*See* Notice, ECF No. 62.) On October 17, 2025, the Court held an on-the-record status conference with counsel to discuss the next steps in this action. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Defendants' dispositive motions (ECF Nos. 46, 47) are **REINSTATED** to the Court's active docket;

- Defendants shall file supplemental briefs in further support of those motions by no later than **November 7, 2025**, and

- Plaintiffs shall file a supplemental brief by no later than **December 3, 2025**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126