UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SELECT
INSURANCE CO., *et al.*,

      Plaintiffs,

                                     Case No. 23-cv-11942

v.                                      Hon. Matthew F. Leitman

GREAT LAKES WATER
AUTHORITY, *et al.*,

      Defendants.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS THE CITY OF DETROIT'S AND THE DETROIT WATER AND SEWERAGE DEPARTMENT'S MOTION FOR ATTORNEY FEES (ECF No. 58)

For the reasons stated on the record on February 13, 2026, Defendants the City of Detroit's and the Detroit Water and Sewerage Department's (collectively, the "City of Detroit") Motion for Attorney Fees (ECF No. 58) is **GRANTED IN PART** and **DENIED IN PART** as follows.  Plaintiffs shall pay to the City of Detroit attorney fees in the amount of $9375.00 by not later than **March 6, 2026**.

      **IT IS SO ORDERED**.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126